FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0168

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0168

KATIE MARIE THORNTON,

      Petitioner and Appellee,

v.

GREGORY STEVEN BALLARD,

      Respondent and Appellant.

THIRD ORDER
OF MEDIATOR APPOINTMENT

David L. Nielsen, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Nielsen's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Elizabeth Brenneman, 1022 Chestnut. Helena MT 59601, beth@disabilityrightsmt.org,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relation appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 19th day of May, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Brian James Miller, P.O. Bo9x 557, Helena, MT 59624, bmiller@mswdlaw.com
      Robyn L. Weber, 221 5th Avenue, Helena, MT 59601, robyn@weberlawhelena.com
      Elizabeth Brenneman, see address above